Exhibit A to the Complaint

**Location:** New York, NY  
**Total Works Infringed:** 24

**IP Address:** 72.229.217.221  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 90BEDE1C87FEF47FC502567EF05EDA19FC678383<br>File Hash:<br>1C3652BCCE2E0E7EE5FA9B6F3B93191E60F451482D7D4719175314D8D20782C6 | 12-13-2022 22:27:45 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |
| 2 | Info Hash: 8D084151BC3BB0184A284913F8756A95942EC720<br>File Hash:<br>55006DE9A9044C14737EFE43D27A79D43DD51BCD53A887462B4B898E7CA1B9BD | 12-13-2022 20:13:39 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 3 | Info Hash: BFA30A14B5ACDD49ED2E66FDF882640473CA4472<br>File Hash:<br>1B5D4C656444C4321E6BAE842F0C5DE536A344CFCDC7852CD3130CEFB4AC3682 | 12-02-2022 21:15:56 | Vixen | 06-24-2022 | 07-22-2022 | PA0002359475 |
| 4 | Info Hash: F2753FE2E59D29D8ACB26350CE4D2DBF4715B1A0<br>File Hash:<br>C61912E4DD2E45DC46042F0453C130FA458F82663D731469874A05919448D87B | 12-02-2022 15:53:08 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 5 | Info Hash: D9EE1F75B354C4AE7BC7D1CC02B15F54A9626ED1<br>File Hash:<br>E0F448947F15E9CA3D7249E08E7F3A6914651BAA6257FE1ED60FC757ED551995 | 10-31-2022 15:14:43 | Tushy | 04-24-2022 | 05-20-2022 | PA0002350374 |
| 6 | Info Hash: 80481B00B55C0E63D095FE9CD9E293C57C1DF0D4<br>File Hash:<br>C9720FFE193364AB206BED3C5D77239FCDBDE8F6632447685B1C4C6C587FF2D0 | 10-25-2022 14:31:24 | Tushy | 04-17-2022 | 04-23-2022 | PA0002346417 |
| 7 | Info Hash: 3D7690B89943E78EE1B015364D6D983919E05E73<br>File Hash:<br>E919702C0786B00D7E76B14CDB47ADFBA8636C0FB7FD1134F9CA5E95CC1FE9AB | 06-03-2022 19:36:36 | Tushy | 02-06-2022 | 02-14-2022 | PA0002335460 |
| 8 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash:<br>478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 06-01-2022 01:27:22 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 9 | Info Hash: A085B82D358EAD8FCE62902BBCF6032CB3D6B494<br>File Hash:<br>5EAE2433C94B1A694BAC5AC942AEC6F4DB4A3ECDCEEB62AC8631481C2F3AC33E | 05-03-2022 18:59:21 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |
| 10 | Info Hash: 1798C2741436D0EF0A3A44D75E816B3FDC2FC368<br>File Hash:<br>F5CD6B191A1A2DA17E59180FE67B57A65D987F2E8D46ABD9A7CBD0970C2688CF | 05-02-2022 22:40:44 | Tushy | 12-26-2021 | 02-03-2022 | PA0002341847 |
| 11 | Info Hash: 9F60EBB81F4C2CC20B87E20A0DF8F2F146FAF3DE<br>File Hash:<br>66C17539B3EB7FD12B6862F331F6C960DB542F9885E0A225FFF373C780097FE1 | 04-22-2022 20:17:18 | Vixen | 12-17-2021 | 01-17-2022 | PA0002330110 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 570ADBBB385588D27AC048E1C5E6D9D686A08A39<br>File Hash: A8E31D9E099E252807F9D97CDD655513D1BB72EF0912DB7668048E3E645898F0 | 03-16-2022 20:08:22 | Tushy | 12-05-2021 | 12-09-2021 | PA0002325840 |
| 13 | Info Hash: A46EF5D51533052AB5DB18AD5D59C02498112521<br>File Hash: E5D45312A0B249EB3F0741F4B012A08C297C648B314375ED6CC0A752B45BE90B | 03-10-2022 00:17:25 | Vixen | 12-03-2021 | 12-09-2021 | PA0002325832 |
| 14 | Info Hash: A6F189AFF3929996CFF5F25DA60AA451873C0FC4<br>File Hash: 5ED45691E4613CA077BCDAD75EFDC123C707B406CF072FFEE8EC062927ABCCFE | 03-02-2022 04:29:09 | Vixen | 11-26-2021 | 01-07-2022 | PA0002337919 |
| 15 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash: 54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 01-26-2022 03:46:34 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 16 | Info Hash: 775F2CA14447D23424007E92CCEAE9378307B48E<br>File Hash: 393A96A4745DB1CF46E96730EAB57731FE56A1C423EE2CE3AFB30A929D0BE688 | 12-31-2021 21:29:49 | Vixen | 10-15-2021 | 10-19-2021 | PA0002317061 |
| 17 | Info Hash: 48763EB4612121123855F281322DE1CB502DE07D<br>File Hash: EF232B2670D7836517A9C66EE4B21FB631441CC887F313CA953A869BB54C3676 | 12-03-2021 20:53:40 | Vixen | 09-29-2021 | 11-11-2021 | PA0002321322 |
| 18 | Info Hash: 1A73D8163644CA83E455669951E0582657F422E8<br>File Hash: 8BD1C16FAA5C47663ADA3CA5D2931DDD6D6FF4CFADA05F3FC545F4D565B08042 | 11-09-2021 18:20:25 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 19 | Info Hash: E80911DFB9A223C1D65056D1A4E2AD4B8EAFE8D9<br>File Hash: 4FAEE6CF727194788E1E339165C431B7DEC10D918A13820CECE400DECA50CDD9 | 11-09-2021 18:15:06 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 20 | Info Hash: 0DED1D076E0C283D05660F54E5970AACF14DE8D4<br>File Hash: 41DCC423B7AB8D656E993CC97FCC84C6F2630BFB0642391C3A6C7DE276572C59 | 10-21-2021 03:29:38 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 21 | Info Hash: 752E7DEB87A02334B5649EE1FC8F0D941D627158<br>File Hash: 71B09A393C031EA3C4E064DF8E2A8D683B27DDB53606D4942CBE12A690354ED8 | 09-29-2021 00:12:51 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |
| 22 | Info Hash: EA9FF13E03AB98F784270C43F9812FF205C74AD8<br>File Hash: 4B815AE2C3BBEFEA6AB1B15442E7FE5D03648BDEEA1A2993D20BF914535C52BE | 09-29-2021 00:11:13 | Vixen | 08-19-2021 | 10-05-2021 | PA0002315294 |
| 23 | Info Hash: A482FA18C7F5874FCD0E374539EF58400C7C088B<br>File Hash: BD20E124045B02D5EA140A3452CC74C36A73858C98076BDADEA27F96F2158EB2 | 08-14-2021 19:20:13 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 4831FEBC4D4E06083489EF221B1D1E2AD3A85BB6<br>File Hash:<br>AA70B2D49F15B5A8DAD3C050472A5DF26C709F35218C282B36B18DB6D2DE9DD4 | 08-14-2021 19:06:51 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |